## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **YAZMIN GONZALEZ,** §<br>§<br>**Plaintiff,** §<br>§<br>**v.** §<br>§<br>**MUTUAL OF OMAHA INSURANCE** §<br>**COMPANY** a Nebraska Corporation §<br>§<br>**Defendant.** §<br>§ | **EP-24-cv-00015-DCG** |

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and jointly requested by Plaintiff Yazmin Gonzalez and Defendant Mutual of Omaha Insurance Company that the above-entitled action shall be dismissed **with prejudice**. Each party shall bear its own costs and expenses.

Dated this 16th day of August 2024.

Respectfully submitted,

| | |
|---|---|
| BY:____*s/ Yazmin Gonzalez*_____<br>    Yazmin Gonzalez<br>    14205 Charles Pollock Ave<br>    El Paso, TX 79938<br>    915-820-1859<br>    Gonzalez18yazmin@gmail.com<br>    *Plaintiff, Pro Se* | By:__*s/ Benjamin D. Williams*_____<br>    Benjamin D. Williams<br>    Watstein Terepka, LLP<br>    1055 Howell Mill Road, 8th Floor<br>    Atlanta, GA 30318<br>    404-779-5189<br>    bwilliams@wrlaw.com<br><br>    *Attorney for Defendant Mutual of Omaha*<br>    *Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, I served all parties and counsel of record in accordance with the Federal Rules of Civil Procedure via CM/ECF.


By:*/s/ Yazmin Gonzalez*
Yazmin Gonzalez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **YAZMIN GONZALEZ,** | § |
| | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **v.** | §     **EP-24-cv-00015-DCG** |
| | § |
| **MUTUAL OF OMAHA INSURANCE** | § |
| **COMPANY** a Nebraska Corporation | § |
| | § |
| **Defendant.** | § |
| | § |

## PROPOSED ORDER OF DISMISSAL

     Having considered the Stipulation for Dismissal filed by Yazmin Gonzalez and

Defendant Mutual of Omaha Insurance Company, the court rules as follows: The Stipulation is

approved in accordance with Fed. R. Civ. P. 41(a)(1) (A)(ii), and the above-entitled action is

dismissed **with prejudice**. Each party shall bear its own costs and expenses.


IT IS SO ORDERED.


DATED:_____                    _____

                                             U.S. DISTRICT JUDGE