## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| | § | |
| *Plaintiff*, | § | |
| **v.** | § | |
| | § | **EP-24-CV-00015-DCG** |
| **MUTUAL OF OMAHA INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE

Pursuant to the parties' joint "Stipulation for Dismissal,"[1] the Court **DISMISSES** the above-captioned case **WITH PREJUDICE**.

Each party shall bear its own costs and expenses.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 19th day of August 2024.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] *See* Stipulation, ECF No. 19.